**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6094

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARRIN HOWARD MERRITT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:12-cr-00209-FL-1)

Submitted:  June 14, 2023                          Decided:  July 12, 2023

Before AGEE and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrin Howard Merritt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrin Howard Merritt appeals the district court's order dismissing his motion for an award of $500 in "gate money" on his release from prison without prejudice for lack of jurisdiction. The district court determined the Director of the Bureau of Prisons has the exclusive authority to determine the discretionary gratuity up to $500 that may be provided under the statute. We have reviewed the record and find no reversible error. *See* 18 U.S.C. § 3624(d)(2); 28 C.F.R. § 571.20; *cf. Murray Energy Corp. v. Adm'r of EPA*, 861 F.3d 529, 537 & n.4 (4th Cir. 2017). Accordingly, we affirm the district court's order. *See United States v. Merritt*, No. 5:12-cr-00209-FL-1 (E.D.N.C. Dec. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*